Capnoni, V.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA MARETT, *on behalf of herself and all others similarly situated*,

                Plaintiff,

-against-

MADAME TUSSAUDS NEW YORK LLC.

                Defendant.

---

16 CV 8878

**STIPULATION EXTENDING DEFENDANTS TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including January 19, 2017. There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants also agree to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service of the Complaint and all amendments thereon.

For the Defendant:

By: _____*John Magliery*_____
John M. Magliery, Esq.
Johnson Gallagher Magliery LLC
75 Broad Street, 20th Floor
New York, NY 10004
Telephone: (212) 248-2224
Fax: (212) 248-0170
jmagliery@jgmlaw.com

Date: __12/7/2016__

SO ORDERED

_____*Valerie Caproni*_____
U.S.D.J.

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: __12-7-16__

December 7, 2016
Dated